No. 92–7479.  BASCO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7480.  CLARKE v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–7485.  JOHNSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 92–7490.  VROMAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7492.  PERRY v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 92–7494.  MAXWELL v. RUSSI, CHAIRMAN, PAROLE BOARD OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–7496.  SMITH v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–7500.  PROPES v. TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER.  C. A. 7th Cir.  Certiorari denied.

No. 92–7502.  MOUNT v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 92–7510.  CARTER v. DEPARTMENT OF JUSTICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–7512.  RAY v. HOSKING, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–7516.  WILLIAMS v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 92–7517.  SELF v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–7518.  TAYLOR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–7523.  COULTHRUST v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.